## U.S. District Court for the
## Eastern District of Michigan

### Index of Exhibits

A.     Deeming Letters

B.     Certification of Scope of Employment