United States District Court
Eastern District of Michigan

CHRISTOPHER HOLMES,

    Plaintiff,

v.

ALAN GREEN, M.D., and
DETROIT COMMUNITY
HEALTH CONNECTION, a
domestic nonprofit corporation,

    Defendants.

Civil No.

Honorable

## Certification of Scope of Employment

Pursuant to the Federally Supported Health Centers Assistance Act of 1992 (Pub.L. 102-501), 42 U.S.C. §§ 233(c), (g)-(n), and by virtue of the authority vested in the United States Attorney for the Eastern District of Michigan by the Attorney General under 28 C.F.R. § 15.3, and re-delegated to me by the administrative directive of the United States Attorney, I hereby certify:

    1. I have read the complaint in this action, all attachments thereto and information provided to this office by the U.S. Department of Health and Human Services.

Exhibit B

2. On the basis of the information now available, the federal defendant, Alan Green, M.D. was an employee of defendant Detroit Community Health Connection, an entity deemed to be an employee of the U.S. Public Health Service within the meaning of 42 U.S.C. §§ 233(c) and (g), and was acting within the scope of such employment at the time of the incidents on which the complaint is based.

Therefore, Alan Green, M.D., and Detroit Community Health Connection, have been deemed eligible for Federal Tort Claims Act coverage pursuant to the Federally Supported Health Centers Assistance Act of 1992 (Pub.L. 501), 42 U.S.C. §§ 233(g)-(n).

**Julie A. Beck**
Acting United States Attorney

**Kevin R. Erskine** (P69120)
Assistant U.S. Attorney
Chief, Civil Division
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9610
Kevin.Erskine@usdoj.gov

Dated: 5/2/25

2

Exhibit B